IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LEONARD E. DORSEY,      ) | |
| ) | |
|    Plaintiff,      ) | |
| ) | CIVIL ACTION NO. |
|    v.      ) | 2:12cv884-MHT |
| ) | |
| GLIDEWELL LAWN CARE, INC.,  ) | |
| et al.,      ) | |
| ) | |
|    Defendants.      ) | |

### ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's motion for reconsideration (doc. no. 24) is denied.

(2) The magistrate judge's recommendation (doc. no. 23) is adopted.

(3) Defendants' motion to dismiss (doc. no. 8) is granted as to plaintiff's Title VII hostile-work-environment claim and said claim is dismissed.

(4) Defendants' motion to dismiss (doc. no. 8) is denied as to plaintiff's Title VII wrongful-termination claim and said claim shall proceed forward.

(5) This matter is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 22nd day of February, 2013.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE