IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **LEONARD E. DORSEY,**       )<br>                              )<br>    **Plaintiff,**        )<br>                              )<br>    **v.**                    )<br>                              )<br>**GLIDEWELL LAWN CARE, INC.,** )<br>**et al.,**                   )<br>                              )<br>    **Defendants.**       )  | CIVIL ACTION NO.<br>  2:12cv884-MHT<br>       (WO) |

## OPINION

Plaintiff filed this lawsuit asserting that he was terminated because of his race, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 1981a, 2000e through 2000e-17.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for summary judgment should be denied and defendants' motion for summary judgment granted.  There are no objections to the recommendation.  After an independent and de novo review

of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of October, 2013.

                                       /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**